IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
DOCKET NO. 5:14-MJ-1144-1
Western Division

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | AMENDED ORDER OF DISMISSAL |
| | ) | |
| Stephanie L. Rich | ) | |

    Stephanie L. Rich appeared before the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, sitting in the court at Fayetteville, North Carolina, on October 8, 2014, and entered a plea of guilty to 21 U.S.C. § 844. The court, with the expressed consent of the defendant, placed the defendant on probation for a period of 12 months pursuant to 18 U.S.C. § 3607, without entering a judgment of conviction.

    The court finds as a fact that Stephanie L. Rich has complied with the terms of the probation order and no violations have occurred.

    The court, pursuant to 18 U.S.C. § 3607(a), hereby discharges the defendant from probation and dismisses those proceedings under which probation had been ordered.

    This the 9th day of October, 2015

_____
Robert B. Jones, Jr.
U.S. Magistrate Judge